IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | § § § | |
|---|---|---|
| v. | § § | Case No. 6:15-cv-153-MHS-KNM |
| RANDALL LAMONT BRITTON, LURETHA BRITTON, and JOHN DOES | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation regarding Defendant Luretha Britton's Motion to Enter Default Judgment, has been presented for consideration. The Report and Recommendation (Doc. No. 20), filed on August 16, 2016, recommends that Defendant Luretha Britton's Motion to Enter Default Judgment (Doc. No. 14) be denied without prejudice. Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court.

**It is SO ORDERED**.

SIGNED this 2nd day of September, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1